Form 704-8B
Rev.  1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Saundra Nuckols Lee                                Case No. 10-61939

                                                              Chapter 7
                Debtor(s)

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1.        Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2.        The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

3.        That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:   February 11, 2011                        William F. Schneider, Trustee

                              By:   **/s/ William F. Schneider**
                                    William F. Schneider
                                    P.O. Box 739
                                    Lynchburg, VA  24505
                                    434.528.0411
                                    434.845.3666 (FAX)

Form 704-8B
Rev.  1/05

Creditor                                        Amount
Address

GE Money Bank                          $2.28
c/o Recovery Management Systems
  Corporation
25 SE 2nd Ave, Suite 1120
Miami, FL  33131-1605